# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq.○△
Seth J. MacArthur, Esq.○
Michael C. O'Malley, Esq. ○△^
Joseph E. Gorczyca, Esq.○△
Darren T. Moore, Esq. ○△
Joshua Versoza, Esq.
Stacey Haskel, Esq.*
_____
Also Admitted in
○E.D.N.Y.
△S.D.N.Y
◊ NJ Federal Court
*Also admitted in New Jersey
^Also admitted in Massachusetts



Jessica Massimi, Esq.○△
Jonathan Wachlarz, Esq. ○△
Jeffrey Bloomfield, Esq. ○△
Crystal Abreu, Esq.
Anthony Sears, Esq.
Maya Kogan, Esq. ◊
Robert E. Borrero, Esq. △
_____
ALL CORRESPONDENCE TO
NEW YORK OFFICE

www.msllegal.com

March 20, 2018

**BY EMAIL**
Honorable Richard Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    **Martinez v. The City of New York, et al.,**
                  **16 CV 7343 (RMB)**

Your Honor:

     This firm represents the Plaintiff.  This letter is respectfully submitted to request leave to file Plaintiff's anticipated opposition to Defendants' letter at ECF No. 92 under seal. On February 21, 2018, the Court directed the parties to file letter briefs regarding the potential conflict in the City of New York's joint representation of the individual Defendants in this matter.  Tomorrow, Plaintiff intends to file an opposition Defendants' letter at ECF No. 92.  In his letter, Plaintiff intends to reference certain medical records that have been marked confidential by the Defendants during this litigation.  Accordingly, Plaintiff respectfully requests leave to file his opposition under seal. Plaintiff thanks the Court for its time and attention.

                                      Respectfully submitted,

                                             /s/

                                   JESSICA MASSIMI (JM-2920)